**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01179–GPG

LEROY BUHL,

    Plaintiff,

v.

U.S. DEPT. OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
JOHN DIGNAM,
CHARLES ALVAREZ,
T. VIALPANDO, and
DEBRA PAYNE,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On July 2, 2015, Plaintiff filed a Motion for Court Order to be Provided with Copy of the Filed Civil Rights Complaint, ECF No. 22, and Motion for Extension of Time to Comply with the Court's June 10, 2015 Order, ECF No. 21..

    Plaintiff's request for an extension of time is granted.  He shall have thirty days from the date of this Minute Order to cure the deficiencies noted in the Court's June 10, 2015  Order.  Plaintiff's request for photocopies is denied with leave to refile based on a response to the following if Plaintiff desires.  Plaintiff does not assert that prison staff has denied a request for copies, he only states that he is indigent and without funds to purchase photocopies. Plaintiff also does not assert that he has been denied access to the prison library where he might have access to case dockets on the PACER (Public Access to Court Electronic Records) website.

Dated:  July 3, 2015